Form 704-8B
Rev. 1/05

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

In re:            )
                  )
JACKSON, CHARLES ARTHUR JR.   )   Case No. 5-08-51072
JACKSON, JEAN PATRICIA        )
                  )
      Debtor(s)   )   Chapter 7
_____)

### TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. The trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

3. That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Date:  August 27, 2009              /s/ John G. Leake
                                    JOHN G. LEAKE
                                    P O Box 526
                                    Harrisonburg, VA  22803
                                    (540) 434-7425

Date: 08/25/09                                   Pag

# DIVIDENDS REMITTED TO THE COURT

Case Number 5-08-51072 - JACKSON, CHARLES

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Commonwealth of Virginia<br>Department of Taxation<br>PO Box 2156<br>Richmond, VA 23218<br>    withholding | 000010A | 13.20 | 0.08 |
| ---------- Remittance Total --------------- | | 13.20 | 0.08 |

_____
JOHN G. LEAKE, TRUSTEE